# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDY HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SWC GROUP, DBA SOUTHWEST CREDIT SYSTEMS LP; AUTOMOBILE CLUB OF SOUTHERN CALIFORNIA; and DOES 1-10, inclusive,<br><br>Defendants. | No. 2:19-cv-10379-JAK-AS<br><br>**ORDER RE JOINT STIPULATION TO DISMISS WITH PREJUDICE (DKT. 23)**<br><br>JS-6 |

Based on a review of the Joint Stipulation to Dismiss with Prejudice (the "Stipulation" (Dkt. 23)), sufficient good cause has been shown. Thus, the Stipulation is **APPROVED**. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned civil action is hereby dismissed in its entirety, with prejudice, as to all Defendants, with each party bearing its or her own attorney's fees and costs.

1    **IT IS SO ORDERED.**

2

3

4    Date: February 16, 2021

                                              _____

5                                                  John A. Kronstadt
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28